In the Matter of MICHEL TOLIVER, Petitioner, v COMMISSIONER OF DEPARTMENT OF CORRECTIONAL SERVICES et al., Respondents. [954 NYS2d 506]

Peters, P.J., Rose, Malone Jr., McCarthy and Egan Jr., JJ., concur. Adjudged that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $30.